UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-22543-RAR

ARI TEMAN,

    Petitioner,

vs.

UNITED STATES OF AMERICA
and JIMMY WONG, Probation Officer,

    Respondents.
_____/

## NOTICE OF FILING

COMES NOW the Petitioner, ARI TEMAN, by and through undersigned counsel, David J. Joffe, and hereby files the attached <u>Civil Cover Sheet</u> in the above-captioned matter

## CERTIFICATE OR SERVICE

I HEREBY CERTIFY that on June 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                            Respectfully submitted,

                                            JOFFE LAW, P.A.
                                            Attorney for Defendant
                                            The 110 Tower Building
                                            110 S.E. 6th Street
                                            17th Floor, Suite 1700
                                            Ft. Lauderdale, FL 33301
                                            Telephone:   (954) 723-0007
                                            Facsimile:    (954) 723-0033
                                            davidjjoffe@aol.com

                                    By   *David J. Joffe*
                                            DAVID J. JOFFE, ESQ.
                                            Florida Bar No. 0814164