# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 24, 2026

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY____AP____D.C.

Apr 24, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number:  25-12659-CC
Case Style: Ari Teman v. USA, et al
District Court Docket No: 1:25-cv-22543-RAR

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

## For the Eleventh Circuit

––––––––––––––––––––––––

No. 25-12659

––––––––––––––––––––––––

ARI TEMAN,

*Petitioner-Appellant,*

*versus*

UNITED STATES OF AMERICA,
JIMMY WONG,
   Probation Officer,

*Respondents-Appellees.*

––––––––––––––––––––––––

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-22543-RAR

––––––––––––––––––––––––

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 24, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 4/24/2026

**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-12659

Non-Argument Calendar

————————————

ARI TEMAN,

*Petitioner-Appellant,*

*versus*

UNITED STATES OF AMERICA,

JIMMY WONG,

Probation Officer,

*Respondents-Appellees.*

————————————

Appeal from the United States District Court

for the Southern District of Florida

D.C. Docket No. 1:25-cv-22543-RAR

————————————

Before JORDAN, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

2                          Opinion of the Court                    25-12659

Ari Teman, pro se, filed a notice of appeal that, liberally construed, challenges the district court's June 18, 2025, order transferring his case to the Southern District of New York under 28 U.S.C. § 1631, as well as its July 31 order denying reconsideration of the transfer. We lack jurisdiction over this appeal.

Appellate jurisdiction generally is limited to final decisions of the district courts. 28 U.S.C. § 1291. "A final decision is one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000) (quotation marks omitted). The collateral order doctrine, which is "best understood . . . as a practical construction of [the final decision rule]," allows for appeal of a non-final order if it conclusively resolves an important issue separate from the merits of an action and would be effectively unreviewable on appeal from the final judgment. *See Acheron Capital, Ltd. v. Mukamal*, 22 F.4th 979, 989 (11th Cir. 2022) (quotation marks omitted).

"[C]ourts have fairly consistently held that transfer orders . . . are not generally final orders for the purpose of appeal." *Dobard v. Johnson*, 749 F.2d 1503, 1506 (11th Cir. 1985). Further, transfer orders generally do not fall within the collateral order doctrine because they can be effectively raised in an appeal from the final judgment, and the parties challenging them can also move to retransfer their cases. *Middlebrooks v. Smith*, 735 F.2d 431, 433 (11th Cir. 1984). As such, an order transferring a case under 28 U.S.C. § 1631 is not interlocutorily appealable. *Id.* at 432-33 (holding that

25-12659                    Opinion of the Court                    3

transfer under § 1631 of 28 U.S.C. § 2241 petition characterized as a 28 U.S.C. § 2255 motion was not immediately appealable under the collateral order doctrine).

Here, neither order that Teman challenges is immediately appealable. The orders are not final because they did not dispose of his claims on the merits, instead transferring the case to another district. *See* 28 U.S.C. § 1291; *Dobard*, 749 F.2d at 1506-07 & n.7. Neither order falls under the collateral order doctrine, as Teman could raise the transfer issue in an appeal from the final judgment or move the transferee court to retransfer the case. *See Middlebrooks*, 735 F.2d at 432-33 ("If his complaint about the transfer is that the court below improperly characterized his claim as falling under 28 U.S.C. § 2255, rather than §§ 2241 and 2243 as he alleged, he will be free to raise that point in the transferee court and pursue it on appeal after final disposition."). Thus, we lack jurisdiction over the appeal.

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction. All pending motions are DENIED as moot.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 24, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  25-12659-CC
Case Style:  Ari Teman v. USA, et al
District Court Docket No:  1:25-cv-22543-RAR

Opinion Issued

Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing

The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing.

Costs

No costs are taxed.

Bill of Costs

If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees

The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel

Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion